UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CV-1594-ZMB |
| | ) | |
| SAINT LOUIS METROPOLITAN POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

This matter is before the Court on case review. This case was originally filed in state court, but Defendants timely removed in late 2024. Doc. 1. Following their initial motion to dismiss, Plaintiff Robert King amended his complaint in June 2025. Docs. 4, 13. The Board filed a motion to substitute itself for the City following the SLMPD's return to state control. Doc. 16. That request was later withdrawn following this Court's ruling in another case. *See* Doc. 35 (detailing the relevant procedural history). Given the complexity of the substitution question, the Court conducted a hearing on the issue. Doc. 27. At the hearing, the Court granted the Defendants' partial motion to dismiss, leaving only the ADA and MHRA claims against the City of St. Louis. Doc. 28. In January 2026, the Court later issued an order holding that substitution would not be appropriate and noting that "the City is the only remaining Defendant—with King's ADA and MHRA claims still pending against it." Doc. 35.

Since then, nearly 6 months have elapsed without any progress in the case. The City has not answered or otherwise moved to dismiss the remaining claims, nor has King moved for an entry of default despite the deadline for the City to respond long having elapsed. *See* FED. R. CIV. P. 55 (setting out procedures for seeking an entry of default). Significantly, the Court may dismiss

a case under these circumstances. *See* FED. R. CIV. P. 41(b), *see* also E.D. MO. L.R. 8.01 (court may order appropriate party to show cause why claims should not be dismissed if pending for 6 months). Given the length of time that has passed, King must provide a sufficient response explaining his failure to move this case forward.

Accordingly, the Court **ORDERS** Plaintiff Robert King to show cause why his case should not be dismissed for failure to prosecute. Should King seek to continue this action, no later than June 23, 2026, King must file his response to this show cause order. **Should he fail to do so, the Court will dismiss this case without prejudice and without further notice.**

So ordered this 16th day of June 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE

2