UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT T. KING,

Plaintiff,

v.

CITY OF ST. LOUIS,

Defendant.

Case No. 4:24-cv-01594-ZMB

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Robert T. King, appearing pro se, respectfully responds to the Court's Order to Show Cause (Doc. 40).

Plaintiff has not abandoned this action and intends to continue prosecuting his remaining claims. Following the Court's Memorandum and Order entered January 23, 2026 (Doc. 35), Plaintiff understood that the City of St. Louis remained the sole defendant and that Plaintiff's ADA and MHRA claims remained pending.

Plaintiff has at all times intended to pursue the surviving ADA and MHRA claims.

Plaintiff respectfully requests that the Court not dismiss this action for failure to prosecute. Plaintiff remains prepared to comply with any scheduling order, discovery obligations, or other directives issued by the Court so that this matter may proceed on the merits.

Plaintiff further requests that the Court issue such scheduling or case-management directives as it deems appropriate to move this matter forward toward resolution on the merits.

WHEREFORE, Plaintiff respectfully requests that the Court discharge the Order to Show Cause and permit this matter to proceed.

Respectfully submitted,

/s/ Robert T. King

Robert T. King
Plaintiff, Pro Se

822 Patio Ct.
St. Louis, MO. 63129
314-265-4142
JamieMommaX2@gmail.com
Dated: June 21, 2026