UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT KING,                              )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )          Case No. 4:24-CV-1594-ZMB
                                          )
SAINT LOUIS METROPOLITAN POLICE           )
DEPARTMENT, et al.,                       )
                                          )
          Defendants.                     )

## **ORDER**

Before the Court is Plaintiff Robert King's Response to Order to Show Cause. Doc. 41. The Court previously directed King to explain why this case should not be dismissed for failure to prosecute, highlighting his failure to pursue an entry of default under Federal Rule of Civil Procedure 55 or otherwise prosecute this case. *See* Doc. 40. King timely responded to that order, citing a desire to pursue his remaining claims. Doc. 41. But a significant obstacle in this process is Defendants' failure to file an answer after the Court granted their partial motion to dismiss and denied motion to substitute. Docs. 28, 35. Normally, this failure would result in the plaintiff seeking an entry of default under Rule 55. While the Court recognizes that King is proceeding pro se and may not be familiar with Rule 55, it is well-established that a parties' pro se status does not excuse them from compliance with the rules. *Beck v. Skon*, 253 F.3d 330, 333 (8th Cir. 2001). As such, the Court orders that King must seek default pursuant to Rule 55(a) or otherwise demonstrate progress in this case no later than July 1, 2026, or the Court will **dismiss the case without prejudice and without further notice**.

Accordingly, the Court finds that Plaintiff Robert King has failed to comply with the Order to Show Cause, Doc. 40, but in light of his pro se status, he will have until July 1, 2026 to address the issue detailed in that order.

So ordered this 24th day of June 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE