UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT T. KING,

Plaintiff,

v.

CITY OF ST. LOUIS,

Defendant.

Case No. 4:24-cv-01594-ZMB

SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Robert T. King, appearing pro se, respectfully submits this Supplemental Response to the Court's Order to Show Cause (Doc. 40).

Plaintiff respectfully apologizes to the Court for failing to adequately address the issue raised in the Court's prior Order. Plaintiff accepts full responsibility for not providing the explanation the Court requested and sincerely appreciates the Court's patience and consideration in allowing him, in light of his pro se status, an additional opportunity to do so.

The period of inactivity was not the result of any intent to abandon or delay this action. Rather, Plaintiff was unfamiliar with the procedural requirements governing a federal civil action. Following the Court's Memorandum and Order entered on January 23, 2026 (Doc. 35), Plaintiff understood that the City of St. Louis remained the sole Defendant and that his ADA and Missouri Human Rights Act claims remained pending. Plaintiff mistakenly believed the next procedural step would occur through further action by the Court or by Defendant and expected that he would be notified when additional action on his part became necessary. Plaintiff did not understand that he was expected to initiate further proceedings while the case remained pending.

Upon receiving the Court's Order to Show Cause, Plaintiff promptly filed a response. Although the Court found that response insufficient, Plaintiff now respectfully explains that his failure to move the case forward resulted from his lack of familiarity with federal civil procedure and not from any intention to abandon his claims or disregard the Court's Orders.

Plaintiff remains committed to prosecuting this action and is prepared to comply with all future deadlines, scheduling orders, discovery obligations, and other directives issued by the Court. Plaintiff is also actively familiarizing himself with the Federal Rules of Civil Procedure and the procedures governing this Court so that he may more effectively fulfill his obligations as a pro se litigant and avoid similar procedural misunderstandings in the future.

Plaintiff intends to actively prosecute this action going forward. Plaintiff understands that, as the party pursuing this case, he bears responsibility for taking appropriate procedural steps to advance the

litigation. Plaintiff is prepared to do so and will promptly comply with all Court orders, deadlines, and procedural requirements so that this matter may be resolved on its merits.

WHEREFORE, Plaintiff respectfully requests that the Court find that good cause exists for the period of inactivity, discharge the Order to Show Cause, and permit this action to proceed on the merits.

Respectfully submitted,

Robert T. King, Pro Se

822 Patio Ct.

St. Louis, MO. 63129

314-265-4142

JamieMommaX2@gmail.com
Dated: June 30, 2026