UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT KING,                                )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        Case No. 4:24-CV-1594-ZMB
                                            )
SAINT LOUIS METROPOLITAN POLICE             )
DEPARTMENT, et al.,                         )
                                            )
            Defendants.                     )

## **<u>ORDER OF DISMISSAL</u>**

Before the Court is Plaintiff Robert King's Supplemental Response to Order to Show Cause. Doc. 43. This Court has twice directed King to explain why this case should not be dismissed for failure to prosecute, and in its most recent order, it explicitly instructed him to pursue default under Federal Rule of Procedure 55(a) or demonstrate progress in this case no later than July 1, 2026. Docs 40, 42. King has failed to do so. Despite filing a supplemental response to the Order to Show Cause, King has not complied with the requirement to either file for default under Rule 55 or demonstrate other forward progress. Instead, his newest response merely expands thematically on his prior, deficient response. As such, because King has failed to comply with the Court's order, the Court dismisses this action without prejudice. *See Hutchins v. A.G. Edwards & Sons*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders.").

So ordered this 2nd day of July 2026.

_____
ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE