# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

ROBERT KING,

Plaintiff,                                                    Case No. 4:24-CV-01594-ZMB

v.

ST. LOUIS METROPOLITAN POLICE
DEPARTMENT,

Defendant.

### NOTICE OF APPEAL
### 28 U.S.C. Sec. 1291

COMES NOW Plaintiff Robert King, who makes this Notice of Appeal pursuant to 28 U.S.C. Sec. 1291, and in support states as follows:

On or about July 10, 2026 the District Court ordered the Dismissal of Plaintiff's case for failure to prosecute.

Plaintiff herein request that the Honorable Court reinstate his cause and allow the proceedings to continue and the Petition be heard on its merits.

WHEREFORE, Plaintiff Robert King pray this Honorable Court grant his Appeal and reinstate the Cause and Order the District Court to allow Plaintiff to proceed and his case be heard on the merits.

Respectfully Submitted,

*Robert King*

Robert King, Plaintiff pro se
822 Patio Court
St. Louis, MO 63129