# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2536

Robert T. King

Appellant

v.

St. Louis Metropolitan Police Department and Tishaura O. Jones, Mayor, City of St. Louis

City of St. Louis

Appellee

Chief Robert Tracy, et al.

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:24-cv-01594-ZMB)

---

**ORDER**

The $605 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the district court or file a motion for leave to proceed in forma pauperis in the district court within 21 days of the date of this order. If appellant does not pay the fee or move for IFP status by August 24, 2026, an order will be entered directing the appellant to show cause why this appeal should not be dismissed for failure to prosecute.

August 03, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler